O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. SUEN, | Case No. CV 15-07092-JGB (DFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| STU SHERMAN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 9, 2018

_____
Jesus G. Bernal
UNITED STATES DISTRICT JUDGE